UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case Number 09-12007
                                            Honorable Thomas L. Ludington

v.

WILLIAM BLI, LYN BLI,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION FOR DEFAULT JUDGMENT, AND DIRECTING PLAINTIFF TO SUBMIT A COPY OF THE PROPOSED JUDGMENT THROUGH UTILITIES

On September 28, 2009, Plaintiff filed an amended complaint [Dkt # 16] against Defendants William and Lyn Bli seeking an order directing them to vacate certain premises. On October 28, 2009, the Clerk of the Court entered a default as to both Defendants. On November 10, 2009, Plaintiff filed a motion for default judgment and attached a proposed judgment [Dkt. # 20]. Now before the Court is the report and recommendation of the magistrate judge [Dkt. # 21], issued on November 16, 2009, recommending that Plaintiff's motion be granted. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the report and recommendation of the magistrate judge [Dkt. # 21] is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for default judgment [Dkt. # 20] is **GRANTED**.

It is further **ORDERED** that Plaintiff is **DIRECTED** to submit a copy of the proposed judgment [Dkt. # 20-2] through the Utilities function of the CM/ECF system on or before **December 23, 2009**.

             s/Thomas L. Ludington
             THOMAS L. LUDINGTON
             United States District Judge

Dated: December 10, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 10, 2009.

        s/Tracy A. Jacobs
        TRACY A. JACOBS